MARK LEYSE,
Individually and on behalf of
all others similarly situated,

                Appellant

v.

BANK OF AMERICA, NATIONAL ASSOCIATION